**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID OWEN,                 :

         *Plaintiff,*        :

                     :

v.                      :        **NO. 25-mc-00070**

                     :

AUDUBON FIELD SOLUTIONS, LLC,   :

         *Defendant.*       :

                     :

## ORDER

**AND NOW**, this **18th** day of **February 2026**, upon consideration of the Defendant's Motion to Quash Subpoena to Cozen O'Connor, P.C. and for Attorney's Fees (the "Defendant's Motion to Quash") (ECF No. 1), Plaintiff's Response to Audubon's Motion to Quash and for Attorneys' Fees (ECF No. 9), and Defendant's Reply in Support of Motion to Quash Subpoena to Cozen O'Connor, P.C. and for Attorney's Fees (ECF No. 11), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Quash (ECF No. 1) is **GRANTED**, and the subpoena served on Cozen O'Connor, P.C. on December 3, 2025 is quashed;

2. Defendant's request for attorney's fees is **DENIED**;

3. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

         **BY THE COURT:**

         **/s/ Chad F. Kenney**

         **CHAD F. KENNEY, JUDGE**